# Third District Court of Appeal

## State of Florida

Opinion filed November 12, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-203
Lower Tribunal Nos. 13-13766, 13-13143
_____

**Shaun D. Bolton, Jr.,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Alberto Milian, Judge.

Shaun D. Bolton, Jr., in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, C.J., and GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.  See Russ v. State, 313 So. 2d 758 (Fla. 1975); Godoy v. State, 541 So. 2d 1366 (Fla. 3d DCA 1989).